DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300
Attorneys For Plaintiff
Croda Uniqema, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ICI UNIQEMA INC., | HONORABLE JOEL A. PISANO |
| | Civil Action No. 06-02943 |
| Plaintiff, | |
| v. | |
| KOBO PRODUCTS, INC., | |
| Defendant and Counterclaim Plaintiff, | **SUBSTITUTION OF NEW FIRM NAME DUE TO MERGER** |
| v. | |
| ICI UNIQEMA INC. and IMPERIAL CHEMICAL INDUSTRIES, PLC, | Document Electronically Filed |
| Counterclaim Defendants. | |

The undersigned hereby give notice of a change of firm name resulting from the merger of Day Berry & Howard LLP and Pitney Hardin LLP effective January 1, 2007. The new firm, Day Pitney LLP, together with Connolly Bove Lodge & Hutz LLP, will now be counsel of record for the plaintiff in the above-captioned action.

| DAY PITNEY LLP | PITNEY HARDIN LLP |
|---|---|
| /s/ David S. Sager | /s/ David S. Sager |
| David S. Sager | David S. Sager |
| Superseding Firm | Withdrawing Firm |
| Dated: January 2, 2007 | Dated: January 2, 2007 |

Of Counsel:

R. Eric Hutz
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware  19899
Phone:  (302) 888-6230
Fax:  (302) 658-5614

James P. Calve
Matthew J. Mason
CONNOLLY BOVE LODGE & HUTZ LLP
1990 M Street, N.W., Suite 800
Washington, D.C.  20036
Phone:  (202) 331-7111
Fax:  (202) 293-6229