David S. Sager, Esq.
**DLA PIPER LLP (US)**
51 John F Kennedy Pkwy Suite 120
Short Hills, NJ 07078
973.597.2500
david.sager@dlapiper.com
*Attorneys for Plaintiff Croda Uniqema, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ICI UNIQEMA, INC., | : HONORABLE MARY L. COOPER |
| | : Civil Action No. 06-2943 (MLC)(TJB) |
| Plaintiff, | : |
| v. | : |
| | : **SUBSTITUTION OF COUNSEL** |
| KOBO PRODUCTS, INC., | : |
| Defendant. | : (Document Electronically Filed) |

The undersigned hereby consent to the withdrawal of Lowenstein Sandler LLP and the substitution of DLA Piper LLP (US) as counsel of record for Plaintiff Croda Uniqema, Inc. (formerly known as ICI Uniqema, Inc. at the time this action was originally filed) in the within matter. Plaintiff Croda Uniqema, Inc. will continue to be represented by Reed Smith LLP, R. Eric Hutz, Esq. appearing *pro hac vice*.

Superseding Counsel

**DLA PIPER LLP (US)**

By: _____
    David S. Sager, Esq.

Dated: April 4, 2017

Withdrawing Counsel

**LOWENSTEIN SANDLER LLP**

By: _____
    Reynold Lambert, Esq.

Dated: April 4, 2017

EAST\141506214.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2017, a copy of the foregoing Substitution of Counsel was filed electronically and served on all counsel of record via CM/ECF.

Dated: April 4, 2017

s/ David S. Sager<br>
David S. Sager